FILED

MAY 19 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 15-80 136MISC

Case Number:

Christopher Michael Salaysay - #264317

) ) ) ) ) ) ) )

**ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT**

TO:   Christopher Michael Salaysay

You are enrolled as a member of the bar of the Northern District of California. Notice has been received

by the Chief Judge of the United States District Court for the Northern District of California that your

status as a member of the State Bar of California has been modified as follows:

Involuntary Inactive Enrollment pursuant to Section 6233 of the Business and Professions Code

effective April 21, 2015.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim

basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before July 1, 2015,** you may file a response to this

Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's

website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be

suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later

restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to

Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after July 1, 2015, absent further order of

this Court.

IT IS SO ORDERED.

Dated: May 19, 2015

JAMES DONATO
United States District Judge

Form updated July 2012